FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-06050-MKD |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS INFORMATION |
| v. | **ECF No. 26** |
| JAMES WESLEY BOND, | |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss Information. ECF No. 26. The United States moves the Court to dismiss, with prejudice, the Information, ECF No. 14, pursuant to the terms of Defendant's Pretrial Diversion Agreement. ECF No. 26 at 1. The Court has reviewed the motion and the record, has heard from the parties, and is fully informed.

On December 1, 2022, the parties entered into a Pretrial Diversion Agreement, ECF No. 17, which the Court accepted on December 2, 2022, ECF No. 19. Under the terms of the Agreement, the United States agreed to defer prosecution on the Information for twenty-four months to give Defendant the

ORDER – 1

opportunity to satisfy the terms of the Agreement.  ECF No. 17 at 3 ¶ 4.  These terms include: (1) performance of at least 100 hours of community service; (2) payment of $4,122.48 in restitution to the United States Department of Veterans Affairs; (3) that Defendant be supervised by the United States Probation Office ("USPO")  during the term of the Agreement and comply with the terms of supervision; and (4) that Defendant shall commit no new violations of federal, state, or local law.  *Id.* at 3-5 ¶¶ 6-7.

The United States represents that Defendant has satisfied the terms of the Agreement.  ECF No. 26 at 2.  The United States has received verification that Defendant has performed more than 100 hours of community service.  *Id.*  On January 3, 2025, Defendant made a payment of $2,622.48 to the Clerk's Office to fully satisfy Defendant's restitution obligation.  *Id.*  Because the funds must be paid directly to the United States, the Clerk's office is in the process of refunding the payment to Defendant so that it can be paid directly to the United States' National Central Intake Facility ("NCIF").  *Id.*  The United States and Defendant agree that the Money Judgment entered by the Court will remain in effect until the United States has received confirmation of receipt of payment through the correct mechanism.  *Id.*

The USPO also indicates that Defendant has fully complied with the conditions of supervision, and did not commit any violations of law or of the conditions of the Agreement during the diversion period. *Id.*

Thus, pursuant to Paragraph 11 of the Pretrial Diversion Agreement, ECF No. 17 at 7 ¶ 11, the United States moves to dismiss the Information with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1.     The United States' Motion to Dismiss Information, **ECF No. 26**, is **GRANTED**.

2.     The pre-trial diversion entered into by the parties on December 1, 2022, is **TERMINATED**.

3.     The Information, **ECF No. 14**, is **DISMISSED with prejudice**.

4.     The Court's Order Entering Money Judgment, **ECF No. 24**, shall **remain in effect** until the United States has received confirmation of receipt of payment to fully satisfy Defendant's restitution obligation.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide a copy to all counsel and the USPO.

**DATED** January 9, 2025.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 3